# JS-6

**UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LOU ESCOTO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**I.C. SYSTEM, INC.,**<br><br>　　　　Defendant. | Case No.: 2:22-cv-01158-AB-MAR<br><br>*HON. ANDRE BIROTTE, JR*<br>*HON. MAG. MARGO A. ROCCONI*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

　　Pursuant to the parties' Stipulation under FRCP 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITHOUT PREJUDICE** with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: March 30, 2023

_____
HON. ANDRE BIROTTE JR
United States District Judge